# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COMMWORKS SOLUTIONS, LLC | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 2:20-CV-160-JRG |
| v. | § | |
| | § | |
| AMG TECHNOLOGY INVESTMENT | § | |
| GROUP, LLC, d/b/a NEXTLINK, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (the "Notice") filed by Plaintiff CommWorks Solutions, LLC ("CommWorks"). (Dkt. No. 8). In the Notice, CommWorks dismisses its claims against the Defendant AMG Technology Investment Group, LLC, d/b/a Nextlink without prejudice pursuant to Rule 41(a)(1)(A)(i). Having considered the Notice, the Court finds that it should be and hereby is **APPROVED**.

Accordingly, the Court **RECOGNIZES** that CommWorks' claims against Defendant AMG Technology Investment Group, LLC, d/b/a Nextlink are **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to **CLOSE** the above-captioned case.

So ORDERED and SIGNED this 21st day of July, 2020.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE